FRED G. WEYHRAUCH, as Administrator of the Estate of ANNA WEYHRAUCH, Deceased, Appellant, *v.* GEORGE MILLER, Defendant, and UNITY HOSPITAL, Respondent.

(Argued February 25, 1935; decided March 5, 1935.)

*Lorenz J. Brosnan* and *Francis L. Driscoll* for motion. *Alfred Feingold* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.